ACCEPTED
01-15-00614-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 3:16:16 PM
CHRISTOPHER PRINE
CLERK

APPEALS #01-15-00614-CV

| | | |
|---|---|---|
| ASSET LIQUIDATION GROUP,<br>*Appellant* | )(<br>)(<br>)( | IN THE FIRST COURT |
| VS. | )(<br>)( | OF APPEALS |
| DANTE WADSWORTH<br>*Appellee* | )(<br>)( | HOUSTON TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 3:16:16 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES KNOW, Appellee, DANTE WADSWORTH in the above entitled cause and files this his FIRST motion for an extension of time to file his Brief. Appellee would request an additional ninety (90) day extension from the date it would be due such that additional time for research is needed along with the opportunity to draft and timely file. This is the first extension of time. The Appellee's counsel and Appellant's counsel have not spoken and there appears to be no opposition to the motion.

**WHEREFORE,** Appellee, request that the Court extend the time to file the brief and for all other Relief that he may be justly entitled.

Respectfully Submitted
**THE MASTRIANI LAW FIRM**
BY:*/s/ John V. Mastriani*
**JOHN V. MASTRIANI**
State Bar Number 13184375
**CHRISTOPHER M. THORNHILL**
State Bar Number 24059030
PO Box 460174
Houston, Texas 77056
(713) 665-1777 Telephone
(713) 665-2777 Facsimile
service@mastrianilaw.com
**Lead Attorney for Appellee**

## Certificate of Service

This is to certify that on the 15th day of October 2015 pursuant to TRCP, a true and correct copy of the foregoing instrument has been delivered or forwarded to all parties and counsel of record by ( ) personal delivery or ( ) certified mail, return receipt requested, ( ) by regular mail, ( ) e-mail or (x) by telephonic document transfer to the attorney for the Appellee.

Jody D. Jenkins, SBN 24029634
JENKINS, WAGNON & YOUNG, P.C.
PO Box 420
Lubbock, Texas 79408
Tel: 806-796-7351
Fax: 806-687-1994
jjenkins@jwylaw.com

*/s/ John V. Mastriani*
JOHN V. MASTRIANI
CHRISTOPHER M. THORNHILL